IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CLEO BOULER, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 17-0178-CG-N |
| | ) | |
| DONALD WAYNE ADAMS, III, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B)-(C), Federal Rule of Civil Procedure 72(b), and S.D. Ala. GenLR 72(a)(2)(S), and dated June 23, 2017, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that this case be **REMANDED** *sua sponte* to the Circuit Court of Mobile County, Alabama, under 28 U.S.C. § 1447(c) for lack of subject matter jurisdiction.

**DONE and ORDERED** this 10th day of July, 2017.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE